**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000424
13-APR-2022
07:51 AM
Dkt. 23 ODSD**

NO. CAAP-20-0000424


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


GK, Petitioner-Appellee, v.
MW, Defendant-Appellant, and
CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAIʻI,
Defendant-Appellee.


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-P NO. 16-1-6296)


ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and McCullen, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before August 3, 2020, and September 2, 2020, respectively;

(2) Self-represented Defendant-Appellant MW failed to file either document or request an extension of time;

(3) On March 9, 2022, the appellate clerk entered a default notice informing MW that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on March 21, 2022, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and MW could request relief from default by motion; and

(4) MW has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, April 13, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge